UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BARBARA J. WARREN SANTORA and ANTHONY SANTORA,<br><br>Plaintiffs,<br><br>v.<br><br>HOBBY LOBBY STORES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   CASE NO.: 3:17-cv-86<br>)<br>)<br>)<br>) |

**COMPLAINT**
**AND DEMAND FOR JURY TRIAL**

Come now Plaintiffs, Barbara J. Warren Santora and Anthony Santora, by counsel, Daniel J. Tuley and Heath A. Tuley, and for their cause of action against the Defendant, Hobby Lobby Stores, Inc., state as follows:

1. That Plaintiffs, Barbara J. Warren Santora and Anthony Santora, are citizens and residents of Warrick County, Indiana.

2. That Defendant, Hobby Lobby Stores, Inc., is an Oklahoma Corporation with its principal place of business in Oklahoma City, Oklahoma.

3. That the amount in controversy, exclusive of interest and costs, is in excess of $75,000.

4. That by reason of the foregoing facts, diversity of citizenship and the amount in controversy exists between the parties thereby conferring jurisdiction of this action upon this Court.

5. That at all pertinent times herein Plaintiffs were married as husband and wife.

6. That Defendant, Hobby Lobby Stores, Inc., owns and operates the Hobby Lobby store located at 5300-A E. Indiana Street Evansville, Vanderburgh County, Indiana.

7. That on May 23, 2015, Plaintiff Barbara J. Warren Santora was at said Hobby Lobby store to do business as a customer.

8. That at said time and place, Plaintiff Barbara J. Warren Santora was in an aisle of said Hobby Lobby store shopping for wrought iron candle holders that were displayed along said aisle on display rods attached to a wall.

9. That at said time and place, without warning and without any voluntary act by Plaintiff Barbara J. Warren Santora, a wrought iron candle holder weighing approximately 20-25 lbs. fell off a display rod onto Plaintiff Barbara J. Warren Santora's ankle/foot, which said falling caused other wrought iron candle holders weighing approximately 20-25 lbs. to fall off their respective display rod(s) as well.

10. That at said time and place, the manager and/or a person identifying himself/herself as such of said Hobby Lobby store told Plaintiff Barbara J. Warren Santora that employees of said Hobby Lobby store sometimes hang too many items on the display rods which causes the display rods to pull away from the wall.

11. That at said time and place, the wrought iron candle holders and the display rods they were hung on were within the exclusive management and control of employees of said Hobby Lobby store.

12. That at said time and place, the wrought iron candle holders ordinarily would not have fallen in the absence of negligence.

13. That at said time and place, the employee(s) who had negligently put the wrought iron candleholders on the display rods were employed by Defendant Hobby Lobby Stores, Inc. and were within the course and scope of their employment.

14. That as the direct and proximate result of Defendant Hobby Lobby Stores, Inc.'s negligence, Plaintiff Barbara J. Warren Santora sustained physical and monetary damages including injuries to her ankle/foot which required surgery.

15. That by reason of the injuries received by Plaintiff Barbara J. Warren Santora as the proximate result of Hobby Lobby Stores, Inc.'s negligence, Plaintiff Anthony Santora has suffered the loss of services of his wife and her society, companionship and consortium that were and are of great value to Plaintiff Anthony Santora.

WHEREFORE, Plaintiffs pray for a judgment of and from the Defendant, Hobby Lobby Stores, Inc., in an amount equal to their damages herein, costs and all other relief deemed appropriate in the premises.

## **DEMAND FOR JURY TRIAL**

PLAINTIFFS RESPECTFULLY REQUEST TRIAL BY JURY IN THE ABOVE CAPTIONED MATTER.

                                      TULEY LAW OFFICE

                            By:    s/ Daniel J. Tuley
                                          Daniel J. Tuley, #10930-82
                                          Heath A. Tuley, #29523-49
                                          20 N.W. 1st Street, Suite 610
                                          Evansville, IN 47708
                                          Phone: (812) 434-1936
                                          Facsimile: (812) 434-0224
                                          ATTORNEYS FOR PLAINTIFFS